UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN BETHANY PRICE,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:15-cv-01676-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file an opposition to Plaintiff's opening brief on or before September 12, 2016; and

2. Plaintiff's reply, if any, shall be filed on or before September 27, 2016.

IT IS SO ORDERED.

Dated: __**July 26, 2016**__

_____
UNITED STATES MAGISTRATE JUDGE