# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETHANY KATHLEEN PRICE, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY. <br><br> Defendant. | Case No.  1:15-cv-01676-SAB <br><br> ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY BRIEF <br><br> (ECF No. 19) |

On October 20, 2016, Plaintiff filed a stipulation for an extension of time to file her reply brief. (ECF No. 19.)  The parties are advised that due to the impact of social security cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted and will only be granted upon a showing of good cause.  Further, requests to modify the briefing schedule that are made on the eve of a deadline will be looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's reply brief, if any, shall be filed on or before November 28, 2016.

IT IS SO ORDERED.

Dated:   **October 24, 2016**

UNITED STATES MAGISTRATE JUDGE

1